IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**APRIL BECK, for herself and on behalf of similarly situated others,**

**Plaintiff,**

**v.**

**VNA HOMECARE, INC., d/b/a VNA TIP HOMECARE,**

**Defendant.**                                                                    **No. 12-0330-DRH-PMF**

_____

**GAYLE HATFIELD, for herself and on behalf of similarly situated others,**

**Plaintiff,**

**v.**

**VNA HOMECARE, INC., d/b/a VNA TIP HOMECARE,**

**Defendant.**                                                                    **No. 12-0331-DRH-PMF**

_____

**MICHELE MARLOW and
TONYA SMITH, for themselves
and on behalf of similarly
situated others,**

**Plaintiffs,**

v.

**VNA HOMECARE, INC., d/b/a
VNA TIP HOMECARE,**

**Defendant.**                                                  No. 12-0332-DRH-PMF

### ORDER

**HERNDON, Chief Judge:**

      This matter comes before the Court for case management. On May 29, 2012, defendant VNA Homecare, Inc., d/b/a VNA TIP Homecare, filed a motion to consolidate in *White v. VNA Homecare, Inc.*, 11-0971-DRH-PMF; Doc. 43. The motion in that case seeks consolidation of the three above named cases with *White*. The Court notes that defendant did not file the motion to consolidate in these three cases and that as of this date plaintiff White has not responded to the motion. Thus, the Court **DIRECTS** the plaintiffs in theses cases to respond the motion to consolidate on or before July 16, 2012. The responses should be filed separately in each of these cases.

    **IT IS SO ORDERED.**

    Signed this 2nd day of July, 2012.

Digitally signed by David R. Herndon
Date: 2012.07.02 11:55:19 -05'00'

                          **Chief Judge
United States District Court**